

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2022

No. 04-22-00449-CV

Donald **MCLEAN**, DM Innovations, LLC, TWWM, LLC, d/b/a TP Imports and Thunder Pumpkin Imports, LLC,
Appellants

v.

**PARADIGM SRP, LLC** d/b/a Drivetanks.com,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2020-02-33168-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

   Appellee's brief was due on September 12, 2022. However, the appellee filed a motion requesting an extension of time to file its appellee brief. The motion is GRANTED. The appellee's reply is due on or before September 26, 2022.

_____
Irene Rios, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court